UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
RALF HARTMANN, :
:
:
Plaintiff, :
: 20-CV-4923 (VSB)
-against- :
: **ORDER**
:
POPCORNFLIX.COM LLC, et al., :
:
Defendants. :
:
-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2021

VERNON S. BRODERICK, United States District Judge:

On November 9, 2020, Defendants filed a motion to dismiss. (Doc. 14.) On November 30, 2020, Plaintiff filed an amended complaint, (Doc. 18), and Defendants subsequently indicated that their previously filed motion to dismiss was now moot, (Doc. 20). On January 13, 2021, Defendants filed a motion to dismiss the amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. 22.) Accordingly, it is hereby:

ORDERED that Plaintiff shall serve any opposition to the motion to dismiss the amended complaint by February 12, 2021. Defendants' reply, if any, shall be served by February 26, 2021.

The Clerk's Office is respectfully directed to terminate the motion at Document 14.

SO ORDERED.

Dated: January 14, 2021
       New York, New York

_____
Vernon S. Broderick
United States District Judge