LEBOWITZ LAW OFFICE, LLC
103 Banks Lane
Clermont, New York 12526
www.lebolaw.com

marc@lebolaw.com
(518) 537-3399

December 14, 2023

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.** 12/15/2023

VIA ECF

The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square Courtroom 518
New York, NY 10007

Re: Hartmann v. Popcornflix.com LLC et al.
1:20-cv-04923-VSB

Dear Judge Broderick:

This office represents plaintiff Ralf Hartmann in the above referenced matter. We write under Rule 1.A of Your Honor's Individual Rules of Practice in Civil Cases, and with defendant Popcornflix.com LLC's ("Popcornflix") consent, to respectfully request a briefing schedule for Plaintiff to submit his opposition to Popcornflix's Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion to Dimiss") (D.E. No. 58), and for Popcornflix to submit its reply.

Due to scheduling issues arising from the upcoming holidays, and from a related State Court matter in January which concerns the parties and respective Counsel, Plaintiff respectfully requests a sixty day extension of the deadline to file his opposition to Popcornflix's Motion to Dismiss.

Plaintiff's deadline to respond to Defendant's Motion to Dismiss is currently December 26, 2023. Plaintiff respectfully requests that his time to object to the Motion to Dismiss be extended until February 16, 2024. Popcornflix's Counsel consents to this request. The parties have also agreed that Popcornflix's time to submit a Reply in support of their Motion to Dismiss would be extended thirty-five days to March 29, 2024.

This is Plaintiff's first request for an extension of time to Oppose Popcornflix's Motion to Dismiss.  The requested extension, if granted, will not impact any other dates or deadlines in this matter.

The Honorable Vernon S. Broderick, U.S.D.J.
December 14, 2023
Page 2

I thank the Court, in advance, for its time in considering this request, and wish the Court a happy and healthy holiday.

                              Respectfully,

                              LEBOWITZ LAW OFFICE, LLC

                              By: _____
                                   Marc A. Lebowitz

cc: All parties
(by ECF)