UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
      :
RALF HARTMANN.,      :
      :
             Plaintiff,    :
      :    20-cv-4923 (VSB)
     -against-    :
      :    **ORDER**
POPCORNFLIX.COM LLC and CHICKEN  :
SOUP FOR THE SOUL      :
ENTERTAINMENT INC.,      :
      :
           Defendants.  :
      :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On December 11, 2023, Defendants Popcorn flix.com LLC ("Popcornflix") and Chicken Soup for the Soul Entertainment, Inc. ("CSS") moved to dismiss the operative complaint. (Doc. 58.) The motion to dismiss is fully briefed. (*See* Docs. 65 and 70.) On July 16, 2024, CSS filed a suggestion of bankruptcy indicating that CSS filed for Chapter 11 bankruptcy in the U.S. Bankruptcy Court for the District of Delaware. (Doc. 71.) Accordingly, it is hereby:

ORDERED that, on or before April 14, 2025, the parties file a joint letter that (1) explains the impact of the bankruptcy proceeding on Plaintiff's claims against Popcornflix and Plaintiff's claims against CSS, including which claims and which motions, if any, should be stayed, and (2) provides a status update of the bankruptcy proceeding.

SO ORDERED.

Dated: March 31, 2025
      New York, New York

                                                                          _____
                                                                          Vernon S. Broderick
                                                                          United States District Judge